low his will in moving his foot; as he moved the other foot, it wobbled and would advance in a sort of a circle; that he could not, on account of his condition, work as a brakeman any more, nor could he work in any business which would require him to climb up a ladder. He was about 23 years old, married, in good health, and was getting $1.77 a day, and had been employed by the defendant for six years at the time of his injury. He had spent $135 for medical and surgical assistance. The defendant's physicians testified that his injuries were not serious, and one or both of them that they thought he was faking in stating his physical condition. The testimony of one other witness was produced, who claimed to have seen him rolling a barrel of beer, and that, if he was in as poor physical condition as claimed, he could not do such work. Just how this witness knew the plaintiff was rolling a barrel of beer, instead of a beer barrel, was not disclosed by her testimony, as she was considerable distance from the plaintiff when she saw this alleged action. The court very fully set forth to the jury the testimony of the doctors, calling particular attention to that of the defendant's physicians, and all of the physicians were allowed to testify at great length as to what they considered his condition, as was also the plaintiff. There were some exceptions to the rulings of the court, but I think none of them presented reversible error. I think that the verdict was not excessive, and that the judgment should be affirmed, with costs.

CYPRESS, Appellant, v. BERGER, Respondent. (Supreme Court. Appellate Division, First Department. May 26, 1911.) Action by Adolph Cypress against Edward Berger. F. Walling, for appellant. P. Gross, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DADSON v. ALLAIRE. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Idella Dadson, as administratrix, against William Allaire. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 131 App. Div. 902, 115 N. Y. Supp. 1117.

DARRIN, Respondent, v. DARRIN, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by David H. Darrin against Beatrice W. Darrin. C. Goldzier, for appellant. C. E. Thornall, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, to the extent of so amending the judgment as to require plaintiff to pay to the defendant the sum of $10 per week for the support of each of the minor children during their minority. Settle order on notice.

DAVIN, Appellant, v. CITY OF SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by John W. Davin, Jr., against the City of Syracuse. No opinion. Judgment (69 Misc.

Rep. 285, 126 N. Y. Supp. 1002) affirmed, with costs.

DAVIS, Appellant, v. TREMAIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by S. Jeanie Davis against Albert W. Tremain, as executor, etc., and others. No opinion. Judgment (69 Misc. Rep. 120, 126 N. Y. Supp. 43) affirmed, with costs.

DAVOL et al., Respondents, v. LEFFERTS, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by William H. Davol and others against Marshall Lefferts, impleaded with others. W. H. Hamilton, for appellant. W. W. Gage, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

Ex parte DE BEAUVAL. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) In the matter of the application of Louis de Beauval for a writ of habeas corpus. No opinion. Order affirmed.

DEERING, Respondent, v. INDEPENDENT UNION TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Frank T. Deering against the Independent Union Telephone Company. No opinion. Motion for reargument denied, with $10 costs.

DeLUZ, Respondent, v. REAMS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by August DeLuz against Emanuel Reams, otherwise known as Manel Rames.
PER CURIAM. Judgment affirmed, with costs.
McLENNAN, P. J., dissents.

DEMATATIS, Appellant, v. AMERICAN ICE CO., Respondent. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by James Dematatis, an infant, etc., against the American Ice Company. R. L. Turk, for appellant. F. A. Gaynor, for respondent. No opinion. Order modified, as provided in order, and, as modified, affirmed, without costs. Order filed.

DEMBITZ v. ORANGE COUNTY TRACTION CO. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Irving Dembitz, an infant, by Leopold Dembitz, his guardian ad litem, against the Orange County Traction Company. No opinion. Order affirmed, without costs to either party as against the other.

DEMUTH, Appellant, v. KEMP, Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by Jeannette Demuth against George Kemp. (Appeal No. 1.) No opinion. Order reversed, with $10 costs and disbursements, motion denied, with costs, and the execution and lien there-